ANDREA S. LOVELESS, SBN 231735
*andrea@lovelesslawfirm.com*
LOVELESS LAW FIRM, LLP
30 Corporate Park, Suite 314
Irvine, California  92606
Phone:  (949) 679-4690; Fax:  (949) 666-7424

RYAN A. ELLIS, SBN 272868
*re@eaklaw.com*
ELLIS & ABOUELSOOD
30 Corporate Park, Suite 314
Irvine, California 92606
Phone:  (714) 834-9000; Fax:  (714) 834-9778

Attorneys for Defendant
NATIONAL LAMPOON, INC.

ASHLEY M. MCDOW, SBN 254114
*amcdow@bakerlaw.com*
RYAN D. FISCHBACH, SBN 204406
*rfischbach@bakerlaw.com*
BAKER & HOSTETLER, LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Phone:  (310) 820-8800; Fax:  (310) 820-8859

KELLY S. BURGAN (admitted *pro hac vice*)
*kburgan@bakerlaw.com*
BAKER & HOSTETLER, LLP
PNC Center, 1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
Phone:  (216) 621.0200; Fax:  (216) 696.0740

Attorneys for Plaintiff BRIAN A. BASH,
Chapter 7 Trustee for Fair Finance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN A. BASH, Chapter 7 Trustee for Fair Finance Company,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL LAMPOON, INC.,<br><br>Defendant. | Case No.: 2:11-CV-04999-DSF (AGRx)<br><br>**JOINT STATUS REPORT RE: SETTLEMENT** |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Court's Order on Joint Notice of Pending Settlement and Stipulation to Stay Proceedings [Dkt. # 142] (the "Order") and the Parties' Joint Status Report Regarding Settlement [Dkt. # 145], plaintiff, BRIAN A. BASH, Chapter 7 Trustee for Fair Finance Company ("Trustee") and defendant, NATIONAL LAMPOON, INC. ("National Lampoon" and together with "Trustee", the "Parties") hereby submit the following joint report regarding the status of the Parties' efforts to finalize the settlement:

The Parties have been working in good faith and have made significant progress in finalizing the written settlement agreement and related documents in this matter.  The Parties have a final draft of the settlement agreement under review, and National Lampoon has finalized and submitted drafts of the schedules to the agreement.  The Parties have also prepared a final draft of an Intercreditor Agreement as an attachment to the Settlement Agreement and the Plaintiff's Security Agreement and Jerry Daigle's Security Agreement.

Once the settlement agreement has been finalized and approved by the Trustee and National Lampoon's Board of Directors, the Trustee will be required to file a motion for authority to compromise his claims against National Lampoon pursuant to Rule 9019 of the Bankruptcy Code in the pending Chapter 7 proceeding, *In re Fair Finance Company* (the "Bankruptcy Court"), which will require a minimum of 21 days' notice and a hearing.

Given the above, as the Parties are proceeding with diligence, they expect to finally document their agreement within 2 weeks and obtain the Bankruptcy Court's approval within 60 days.  The Parties jointly request that the Court continue the stay of this action, as set forth in the Order.  Further, the Parties propose to provide the Court with a status report on or before May 29, 2015 as to the status of the settlement documentation and Bankruptcy Court approval if such documentation and approval have not been completed prior to that date.

2

1

Dated:  March 20, 2015                    LOVELESS LAW FIRM, LLP

2

3                                          By: */s/ Andrea S. Loveless*
                                                Andrea S. Loveless
4

5                                          Attorneys for Defendant
                                           NATIONAL LAMPOON, INC.
6

7

8     Dated:  March 20, 2015                    BAKER & HOSTETLER, LLP

9                                          By: */s/ Ryan D. Fischbach*
                                                Ryan D. Fischbach
10

11                                         Attorneys for Plaintiff BRIAN A. BASH,
                                           Chapter 7 Trustee for Fair Finance Company
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
3

**PROOF OF ELECTRONIC SERVICE**

I am employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 30 Corporate Park Drive, Suite 314, Irvine, California 92606.

On March 20, 2015, I served a copy of the within document(s): **JOINT STATUS REPORT RE. SETTLEMENT**

☒  ELECTRONIC SERVICE:  I caused the above-referenced document to be electronically filed and served via PACER/ECF for the United States District Court, Central District of California upon the parties listed below for the above-referenced case.

ASHLEY M. MCDOW
*amcdow@bakerlaw.com*
RYAN D. FISCHBACH
*rfischbach@bakerlaw.com*
BAKER & HOSTETLER, LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509

I declare under penalty pursuant to the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 20, 2015, at Irvine, California.

/s/ Andrea S. Loveless _____

Andrea S. Loveless